## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRELL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:09-1019 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| DEPARTMENT OF CHILDREN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On August 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 35), to which no timely objection has been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's request for voluntary dismissal (Docket No. 33) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the defendant's Second Motion to Dismiss (Docket No. 26) is **DENIED AS MOOT**. This is the final judgment in this cause.

It is so **ORDERED**.

ENTER this 31st day of August 2010.

 _____
 ALETA A. TRAUGER
 U.S. District Judge